

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00019-CV

**IN THE ESTATE OF** George **CARSON**, Deceased

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2019-PC-3843
Honorable Oscar J. Kazen, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Given our disposition of this appeal, the following pending motions are DENIED AS MOOT: (1) appellees' February 2, 2023 "Motion to Strike in Part Amended Notice of Appeal for Want of Jurisdiction"; (2) appellant's July 7, 2023 "Motion for Leave to File Third Amended Notice of Appeal"; (3) appellees' July 21, 2023 "Opposed Motion to Strike Portions of Appellant's Reply Brief Outside Scope of Opening Brief"; and (4) appellant's September 27, 2023 "Motion to Consolidate and Abate Appeal."

We order the costs of this appeal to be paid by the parties who incurred them.

SIGNED November 15, 2023.

_____
Beth Watkins, Justice